

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

DEREK L. HALL; and
JENNIFER HALL                                                    PLAINTIFFS

VS.                                            CAUSE NO. 3:18-cv-728-CWR-FKB

SAFECO INSURANCE COMPANY OF ILLINOIS; and
JOHN DOES 1-10; and JANE DOES 1-10; and
ABC CORPORATIONS 1-10                                            DEFENDANTS

## NOTICE OF REMOVAL

To:     Gregory Keenum
        greg@keenumlaw.com

        Megan Timbs
        megan@dlhattorneys.com

The Defendant, Safeco Insurance Company of Illinois, appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure, hereby gives this Notice of Removal of this cause to the United States District Court for the Southern District of Mississippi, Jackson Division, and sets forth the following grounds for removal:

1.      This cause was filed in the Circuit Court of the First Judicial District of Hinds County Mississippi, on or about September 4, 2018, bearing Civil Cause No. 18-504 on the docket of said Court. Safeco Insurance Company of Illinois is named as a Defendant.  Copies of the Complaint, as well as all other documents in the state court file, are included in Exhibit "A."

2.      The Defendant, Safeco Insurance Company of Illinois, removes this case within 30 days of being served with process.

3.    The Plaintiff, Derek L. Hall is alleged to be an adult resident citizen of Madison County, Mississippi. *See* Complaint at paragraph 2.

4.    The Plaintiff, Jennifer Hall is alleged to be an adult resident citizen of Madison County, Mississippi. *See* Complaint at paragraph 3.

5.    The Defendant, Safeco Insurance Company of Illinois, is an insurance company licensed to do business in the state of Mississippi, and incorporated in the state of Illinois and has its principle place of business in Warrenville, Illinois, and is not a citizen of the state of Mississippi.

6.    This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and this matter is one in which Defendant is entitled to remove to this Court pursuant to 28 U.S.C. § 1441, in that there is complete diversity of citizenship between the Plaintiff and the Defendant.   The amount in controversy exceeds $75,000, exclusive of interest and costs.

7.    The prerequisites for removal under 28 U.S.C. § 1441 have been met. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice is being filed with the Clerk of the Circuit Court of the First Judicial District of Hinds County, Mississippi.

7.    A copy of all process, pleadings, and orders served upon defendants are attached as Exhibit "A".

8.    Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of any of Safeco Insurance Company of Illinois's rights to assert any defense or affirmative matter.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Safeco Insurance Company of Illinois, hereby removes this civil action from the First Judicial District of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Jackson Division.

Plaintiff is hereby notified to proceed no further in state court.

Respectfully submitted, this the 18 day of October, 2018.

**SAFECO INSURANCE COMPANY OF ILLINOIS, Defendant**

By: _Rick Norton_
Rick Norton (MSB #8741)

BRYAN NELSON, P.A.
P. O. Drawer 18109
Hattiesburg, MS  39404-8109
Telephone:  601-261-4100
Facsimile:  601-261-4106
E-mail:  rnorton@bnlawfirm.com

## CERTIFICATE OF SERVICE

I, Rick Norton, do hereby certify that I have this date filed the above and foregoing document

via MEC filing system, which system sent notice of such filing to:

Gregory Keenum
greg@keenumlaw.com

Megan Timbs
megan@dlhattorneys.com

*Attorneys for Plaintiffs*

And that I sent a copy via U.S. Mail to the non-MEC participant:

Zack Wallace, Clerk
Hinds County Circuit Court
First Judicial District
P. O. Box 327
Jackson, MS  39205

This, the 18 day of October, 2018

_Rick Norton_
RICK NORTON