# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DEREK L. HALL and JENNIFER HALL**                             **PLAINTIFFS**

**v.**                                   **CIVIL ACTION NO. 3:18-cv-728-CWR-FKB**

**SAFECO INSURANCE COMPANY OF**
**ILLINOIS, ET AL.**                                                             **DEFENDANTS**

## ORDER

This case is before the Court on the Joint Motion to Amend Scheduling Order and Extend Deadlines [98]. Having considered the motion, the Court amends the Scheduling Order as follows:

1. This case is set for a jury trial during the two-week term of court beginning on December 7, 2020, at 9:00 a.m., before United States District Judge Carlton W. Reeves.

2. The pretrial conference is set on November 6, 2020, at 9:00 a.m., before Judge Reeves.

3. All discovery must be completed by June 23, 2020.

4. The parties' experts must be designated by the following dates:

    a. Plaintiffs: March 24, 2020

    b. Defendant: April 23, 2020

5. All dispositive motions and *Daubert*-type motions challenging another party's expert must be filed by July 7, 2020. The deadline for motions *in limine* is fourteen days before the pretrial conference; the deadline for responses is seven days before the pretrial conference.

6. A settlement conference is set on April 3, 2020, at 9:00 a.m., before the undersigned. If the parties desire, counsel may contact the undersigned to schedule an earlier settlement conference. Seven (7) days before the settlement conference, the parties must submit via e-mail to the undersigned's chambers an updated confidential settlement memorandum. All

parties are required to be present at the conference, unless excused by the Court. If a party believes the scheduled settlement conference would not be productive and should be canceled, the party is directed to inform the undersigned via e-mail of the grounds for their belief at least seven (7) days prior to the conference.

    SO ORDERED, this the 6th day of December, 2019.

                                          /s/ F. Keith Ball
                                         UNITED STATES MAGISTRATE JUDGE